1082

ALLYIS, INC., *Appellant*, v. JEREMY SCHRODER ET AL.,
*Defendants*, SIMPLICITY CONSULTING INC.,
*Respondent*, MATTHEW F. DAVIS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 14-2-25900-0, Hollis R. Hill, J., entered Novem-
ber 30, 2015. *Affirmed* by unpublished opinion per Appel-
wick, J., concurred in by Becker and Mann, JJ.

MARK C. IDEN ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 15-2-13278-4, Roger Rogoff, J., entered January
15, 2016. *Affirmed* by unpublished opinion per Trickey,
A.C.J., concurred in by Cox and Schindler, JJ.

*In the Matter of the Dependency of* E.N.M.

BERTRAM MACKEY, *Appellant*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King
County, Nos. 15-7-02075-5 and 14-7-00258-9, Helen Hal-
pert, J., entered April 15, 2016. *Affirmed* by unpublished
opinion per Cox, J., concurred in by Trickey, A.C.J., and
Schindler, J.